FILED

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 04 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10040 |
| Plaintiff - Appellee, | D.C. No. 4:08-cr-01085-DCB |
| v. | |
| CARLOS GONZALEZ-SALMERON, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
David C. Bury, District Judge, Presiding

Submitted December 14, 2010**

Before:    GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

Carlos Gonzalez-Salmeron appeals from the 34-month sentence imposed

following his jury-trial conviction for re-entry after deportation, in violation of 8

U.S.C. § 1326.  We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

\*      This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Gonzalez-Salmeron contends that the district court procedurally erred by not adequately considering all the 18 U.S.C. § 3553(a) sentencing factors. The district court did not procedurally err. *See United States v. Carty*, 520 F.3d 984, 993 (9th Cir. 2008) (en banc). Gonzalez-Salmeron also contends that the sentence was substantively unreasonable. In light of the totality of the circumstances, the district court's sentence within the Guidelines range is substantively reasonable. *See id*.

**AFFIRMED.**